# Third District Court of Appeal

## State of Florida

Opinion filed November 21, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-1117
Lower Tribunal No. 15-27596
_____


**Lizette Olaechea, etc.,**
Appellant,

vs.

**Grace Olaechea,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, John W. Thornton, Jr., Judge.

Nancy C. Wear, for appellant.

Corona Law Firm, P.A., and Ricardo Corona and Ricardo M. Corona, for appellee.


Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Lizette Olaechea, the defendant below, appeals entry of final judgment in favor of Grace Olaechea, the plaintiff below, after a bench trial on claims for conversion, forgery, unjust enrichment, breach of fiduciary duty and a constructive trust. In the final judgment, the lower court awarded Grace Olaechea $419,750.43, plus interest, and imposed an equitable lien on the primary residence of Lizette Olaechea and her husband, Gabor Simmonds. We affirm entry of the final judgment and imposition of the equitable lien without discussion. See Palm Beach Sav. & Loan Ass'n v. Fishbein, 619 So. 2d 267, 270-71 (Fla. 1993) (confirming that an equitable lien may be imposed on homestead property where funds obtained through fraud were used to purchase the homestead, and even where one spouse was not a party to the fraud).[1]

Affirmed.

---

[1] We note that because Mr. Simmonds was neither a party to the proceedings in the lower court, nor a participant in this appeal, our decision is without prejudice to – and we express no opinion regarding – any defense Mr. Simmonds might assert to any subsequent foreclosure proceedings on the subject equitable lien.